JS6

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MICHAEL NOLASCO, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>IRMA DIAZ, individually and as personal representative of Decedent JOE DIAZ<br><br>　　　　Defendant. | Case No.: 2:21-cv-7862 RGK (ADSx)<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITHOUT PREJUDICE<br><br>[52] |

　　Having considered the joint application and stipulation of Plaintiff Michael Nolasco and Defendant Irma Diaz, individually and as personal representative of Decedent Joe Diaz, and good cause appearing therefor, IT IS HEREBY ORDERED:

　　1.　That this action is dismissed without prejudice pursuant to their settlement agreement.

　　2.　Each party to bear its own fees and costs.

///

///

-1-

3. The Court shall retain jurisdiction for purposes of enforcing the settlement only.

SO ORDERED.

Dated: 9/13/2022

*/s/ Gary Klausner*

Honorable R. Gary Klausner
United States District Judge